M/V ASTRO SATURN
AND/OR OWNERS/CHARTERERS

Pantheon Tankers Management Ltd.  
354 Sygrou Avenue  
GR 17654 Kallithea  
Greece

| | |
|---|---|
| **DATE OF INVOICE :** | **05. October 2014** |
| **INVOICE NO :** | **145-S19573** |
| ORDER NO. : | 145-19569 |
| DATE OF SUPPLY : | 05. October 2014 |
| **DUE DATE :** | **03. November 2014** |

PORT: GALVESTON LIGHT. AREA  
YOUR REFERENCE:

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 401,170 MT | Fueloil 380 CST | 561,00 MT | 225.056,37 |
| 401,031 MT | 380-CST 1% | 630,00 MT | 252.649,53 |

| | | | |
|---|---|---|---|
| Your VAT No. | VAT Amount | USD | 0,00 |
| Our VAT No.  MT20370530 | Total | USD | 477.705,90 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of supply With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

EXHIBIT D

**O.W. BUNKER MALTA LIMITED**

18/2 South Street, Valletta VLT 1102, Malta  
c/o Kastoros 55, GR-18545 Piraeus

**BANK:** ING Bank N.V.  
**ACCOUNT:** IBAN: NL09 INGB 0020 1179 49 — USD and all other currencies  
IBAN: NL30 INGB 0651 3500 18 — EUR

SWIFT: INGBNL2A

+30 210 4284455  
+30 210 4284459

E-mail: piraues@owbunker.com  
Internet: http:www.owbunker.com

Per telegraphic transfer directly to our account without deduction  
of bank charges which are for buyers account.