**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **ING BANK N.V.,** | § |
| | § |
| **Plaintiff** | § |
| | § |
| **v.** | § |
| | § **CIVIL ACTION NO. 4:15-cv-00479** |
| **M/V ASTRO SATURN, IMO No.** | § **ADMIRALTY** |
| **9235725, her engines, tackle, equipment,** | § |
| **furniture, appurtenances, etc.,** *in rem,* | § |
| **and SATURN SPECIAL MARITIME** | § |
| **ENTERPRISES (ENE),** *in personam* | § |
| | § |
| **Defendants** | § |

## O R D E R

Considering the above motion, the Verified Complaint, the Rule B Affidavit, and it appearing to the Court that the conditions for a writ of maritime attachment and garnishment appear to exist, it is hereby:

**ORDERED ADJUDGED AND DECREED** that the Clerk of Court is authorized and ordered to issue a Writ of Attachment of the M/V ASTRO SATURN, IMO No. 9235725, and her engines, tackle, equipment, furniture, appurtenances, etc. (hereafter "ASTRO SATURN") and any other property of defendant Saturn Special Maritime Enterprises (ENE) (hereafter "Saturn") on board said vessel or within this District.

**IT IS FURTHER ORDERED** that ING Bank N.V. agrees to release and hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others from whom they are responsible, from any and all liability or responsibility for claims arising from the attachment of the aforesaid ASTRO SATURN, and all property of Saturn aboard that vessel or located within this District.

1

Houston, Texas, this _____ day of February, 2015.

FRANCES H. STACY
United States Magistrate Judge