IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ING BANK N.V.,** § | |
| § | |
| **Plaintiff** § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO. 4:15-cv-00479** |
| **M/V ASTRO SATURN, IMO No.** § | **ADMIRALTY** |
| **9235725, her engines, tackle, equipment,** § | |
| **furniture, appurtenances, etc.,** *in rem*, § | |
| **and SATURN SPECIAL MARITIME** § | |
| **ENTERPRISES (ENE),** *in personam* § | |
| § | |
| **Defendants** § | |

## MOTION TO RELEASE VESSEL FROM ARREST AND ATTACHMENT

NOW COMES, plaintiff, ING Bank N.V., through undersigned counsel, and in accordance with this Court's February 20, 2015, Order (Doc. 6) ordering the issuance of a Warrant of Arrest Pursuant to Admiralty Rule C and this Court's February 20, 2015, Order (Doc. 7), ordering the issuance of a Writ of Attachment pursuant to Admiralty Rule B, files this motion for an Order to release the M/V ASTRO SATURN (IMO No. 9235725), and her engines, tackle, equipment, furniture, appurtenances, etc. (hereafter "ASTRO SATURN") from arrest, attachment and / or seizure the states, on the following grounds:

1. On this date, GARD P&I (Bermuda) Ltd issued a Letter of Undertaking, dated February 21, 2015 (hereafter "Letter of Undertaking"), as substitute security for the defendant, M/V ASTRO SATURN, *in rem*, as well as for the defendant, Saturn Special Maritime Enterprises (ENE), *in personam*, in consideration, *inter alia*, for the release of the ASTRO SATURN from arrest and attachment, a true and accurate copy of the Letter of Undertaking is attached hereto as Exhibit A;

2. Upon receipt of the foregoing Letter of Undertaking, counsel for plaintiff has provided written notice to the U.S. Marshal to release the ASTRO SATURN from arrest, attachment and / or seizure;

3. The only party to this admiralty action at present is ING Bank N.V., who consents to the release of the ASTRO SATURN from arrest, attachment and / or seizure; and,

4. This Court has not entered any Order to the contrary preventing or otherwise restricting the foregoing release from arrest, attachment and / or seizure of the ASTRO SATURN.

WHEREFORE, ING Bank N.V. requests this Court enter an Order releasing the M/V ASTRO SATURN (IMO No. 9235725), and her engines, tackle, equipment, furniture, appurtenances, etc. (hereafter "ASTRO SATURN") from arrest, attachment and / or seizure.

Respectfully submitted:

*/s/ Joseph R. Messa*
**JOSEPH R. MESSA (#11346)**
**KING, KREBS & JURGENS, P.L.L.C.**
6363 Woodway, Suite 820
Houston, Texas  77057
Telephone:  (713) 334-5644
Facsimile:  (713) 334-5828
E-mail:  jmessa@kingkrebs.com

**and**

**JAMES D. BERCAW (*Pro Hac Vice*)**
**LAURA E. AVERY (*Pro Hac Vice*)**
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana  70170
Telephone:  (504) 582-3800
Facsimile:  (504) 582-1233
E-Mail:  jbercaw@kingkrebs.com
            lavery@kingkrebs.com

*Attorneys for ING Bank N.V.*