IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ING BANK N.V., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> M/V ASTRO SATURN, IMO No. § <br> 9235725, her engines, tackle, equipment, § <br> furniture, appurtenances, etc., *in rem*, § <br> and SATURN SPECIAL MARITIME § <br> ENTERPRISES (ENE), *in personam*, § <br> § <br> Defendants § | C.A. NO. 4:15-cv-00479 <br> ADMIRALTY |

## STATEMENT OF RIGHT OR INTEREST

COMES NOW Claimant, Saturn Special Maritime Enterprises (ENE) for the interest of itself, as the Owner of the M/V ASTRO SATURN, her engines, tackle, etc., before this Honorable Court, and makes this claim to said Vessel under Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and said Claimant avers that as of the time of the incident set forth herein, it was the true and bona fide Owner of the M/V ASTRO SATURN, her engines, tackle, etc., and the owner of certain goods and chattels thereon; and wherefore prays to defend accordingly.

Respectfully submitted,

/s/ William A. Durham

William A. Durham
State Bar No. 06281800
S.D.TX. Adm. ID No. 4172
808 Travis, Suite 1300
Houston, TX 77002
(713) 225-0905 – Telephone
(713) 225-2907 – Fax
*Attorneys for Claimant, Saturn Special Maritime Enterprises (ENE)*

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

22673: 5PCLH2145.WAD

## **VERIFICATION**

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, on this day, came William A. Durham, who, stated as follows:

My name is William A. Durham and I am a member of the firm of EASTHAM, WATSON, DALE & FORNEY, L.L.P. and after being duly sworn deposed and said:

I am the attorney for Saturn Special Maritime Enterprises (ENE). The facts set forth in the Statement of Right or Interest are true and correct based upon information provided to me as attorney for Saturn Special Maritime Enterprises (ENE). The reason this affidavit is made by the undersigned is that he is the attorney for Saturn Special Maritime Enterprises (ENE), which is a corporation that does not have officers or directors within the district.

_____
William A. Durham

SWORN AND SUBSCRIBED TO BEFORE ME this 26th day of February, 2015.

CAROL HENDRICKS
Notary Public
STATE OF TEXAS
My Comm Exp. Mar. 31, 2018

_____
Notary Public, State of Texas

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I forwarded a true and correct copy of the foregoing instrument to the following counsel of record on this the 26th day of February, 2015.

Joseph R. Messa
King, Krebs & Jurgens, P.L.L.C.
6363 Woodway, Suite 820
Houston, TX  77057

James D. Bercaw
Laura E. Avery
King, Krebs & Jurgens, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA  70170

William A. Durham